1008

THE STATE OF WASHINGTON, *Respondent,* v. RONALD COPELAND, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 20373, Raymond F. Kelly, J., entered April 7 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent,* v. GERALD ROGER BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 6959, Robert D. McMullen, J., entered July 9, 1971. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

BARKLEY HARRISON, *Appellant,* v. THE CITY OF KIRKLAND *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 748191, James W. Mifflin, J., entered February 24, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and Horowitz, J.

DORAINE STANDLEY, *Appellant,* v. LELAND LEROY STANDLEY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 44367, Byron L. Swedberg, J., entered November 2, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Callow, J.